IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **McGARRETT LAWSON,** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| v. | : | 5:05-CV-259 (WDO) |
| | : | |
| **THOMAS LORD, et al.,** | : | |
| | : | |
| **Defendants** | : | |

**ORDER**

Before the Court is the Magistrate Judge's Report and Recommendation to dismiss this case. Having carefully considered the Recommendation, and there being no objection thereto, the Recommendation is ADOPTED and made the order of the Court.

Plaintiff's motion to reconsider the denial of his request for an appointment of counsel is DENIED AS MOOT.

This case is DISMISSED WITHOUT PREJUDICE.

**SO ORDERED this 11th day of October, 2005.**


**S/Wilbur D. Owens, Jr.**
**WILBUR D. OWENS, JR.**
**UNITED STATES DISTRICT JUDGE**